CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
1/24/2018

JULIA C. DUDLEY, CLERK
BY: S/J.Vasquez
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| HEADHUNTER, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 5:17-cv-00069 |
| DOES 1–9, | ) By: Elizabeth K. Dillon |
| Defendants. | ) United States District Judge |

**ORDER**

In accordance with Federal Rule of Civil Procedure 4(m), plaintiff Headhunter, LLC, moves for an extension of time until April 27, 2018, to identify, join, and serve defendants Does 1–9. (Dkt. No. 23.) The court finds that Headhunter, LLC has demonstrated good cause for such an extension. Accordingly, the court hereby GRANTS the motion and ORDERS that Headhunter, LLC shall have until April 27, 2018, to identify, join, and serve Does 1–9.

Entered: January 24, 2018.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge