# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| HEADHUNTER, LLC, | Case No. 5:17-cv-00069-EKD |
| Plaintiff, | VOLUNTARY DISMISSAL OF ALL REMAINING DEFENDANTS AND ACTION |
| vs. | |
| DOE 1, | |
| Defendants. | |

## VOLUNTARY DISMISSAL OF PARTIES AND ACTION

Plaintiff Headhunter, LLC, by and through its undersigned counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby submits this Voluntary Dismissal of Action, without prejudice as to all remaining defendants. Accordingly, nothing further remains to be done in this action and the case closed.

DATED: March 24, 2019         Respectfully submitted,

> By:   /s/Dale R. Jensen
> Dale R. Jensen (VSB 71109)
> Dale Jensen, PLC
> 606 Bull Run
> Staunton, VA  24401
> (434) 249-3874
> (866) 372-0348 facsimile
> djensen@dalejensenlaw.com
> Counsel for Venice PI, LLC

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 24, 2019, the foregoing *document* was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                 By: /s/ Dale R. Jensen
                                                        Dale R. Jensen
                                                        *Counsel for Plaintiff*